UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| USACM LIQUIDATING TRUST and USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>DELOITTE & TOUCHE LLP and VICTORIA LOOB,<br><br>　　　　　Defendants. | 2:08-CV-00461-PMP-PAL<br><br>**ORDER** |

　　　　Before the Court for consideration is Defendant Deloitte & Touche LLP's Motion for Summary Judgment (Doc. #97), filed on April 26, 2010.

　　　　Plaintiffs have failed to file a response in opposition to Defendant's Motion and in accord with the Rules of Practice of this Court therefore consent to the granting of the relief requested by Defendant.

　　　　**IT IS THEREFORE ORDERED that** Defendant Deloitte & Touche LLP's Motion for Summary Judgment (Doc. #97) is **GRANTED** and the Clerk of Court shall forthwith enter judgment in favor of Defendant Deloitte & Touche LLP and against Plaintiffs USACM Liquidating Trust and USA Capital Diversified Trust Deed Fund, LLC.

DATED: May 24, 2010.

_____
PHILIP M. PRO
United States District Judge