**DIAMOND MCCARTHY LLP**
909 Fannin Street, Suite 1500
Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

Allan B. Diamond, TX State Bar No. 05801800
Email: adiamond@diamondmccarthy.com
J. Maxwell Beatty, TX State Bar No. 24051740
Email: mbeatty@diamondmccarthy.com

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Telephone (702) 949-8200
Facsimile (702) 949-8398

Rob Charles, NV State Bar No. 006593
Email: rcharles@lrlaw.com

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| USACM LIQUIDATING TRUST and USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> DELOITTE & TOUCHE, LLP and VICTORIA LOOB <br><br> Defendants | Case No. 2:08-cv-00461-PMP-PAL <br><br> **USACM LIQUIDATING TRUST'S UNOPPOSED MOTION FOR ADMINISTRATIVE LEAVE TO ALTER SCHEDULE FOR MOTION BRIEFING** |

1    WHEREAS Plaintiff USACM Liquidating Trust (the "**Trust**") brought a complaint against Defendant Deloitte & Touche LLP ("**D&T**") on April 11, 2008 (Doc. #1);

    WHEREAS the Parties have completed fact discovery, have exchanged expert reports, and are completing expert depositions;

    WHEREAS D&T filed a motion for summary judgment directed at imputation, *in pari delicto*, and statute(s) of limitations on April 26, 2010 (Doc. #97) (the "**Imputation MSJ**"), and the Trust filed its response to the Imputation MSJ on June 7, 2010 (Doc. #115);

    WHEREAS D&T filed a motion for summary judgment directed at causation on June 4, 2010 (Doc. #111) (the "**Causation MSJ**") and a motion to exclude certain opinions and testimony of the Trust's expert in this matter on June 4, 2010 (Doc. #110) (the "**Motion to Exclude**"); and

    WHEREAS the Parties have conferred regarding the briefing schedule related to the Motion to Exclude and the briefing schedules for the other motions currently pending before this Court.

    The Trust HEREBY MOVES for a 10-day extension of time to file its opposition to the Motion to Exclude.

    D&T does not oppose the Trust's motion provided that D&T is allowed a reciprocal 10-day extension of time to file its reply brief in support of the Motion to Exclude.

DATED: June 9, 2010

| | |
|---|---|
| Submitted by: | Reviewed by: |
| DIAMOND MCCARTHY LLP | LATHAM & WATKINS LLP |
| By: /s/ J. Maxwell Beatty | By: /s/ Melanie M. Blunschi |
| Allan B. Diamond, TX 05801800 (pro hac vice)<br>J. Maxwell Beatty, TX 24051740 (pro hac vice)<br>Eric D. Madden, TX 24013079 (pro hac vice)<br>909 Fannin, Suite 1500<br>Houston, Texas 77010<br>(713) 333-5100 (telephone)<br>(713) 333-5199 (facsimile) | Miles N. Ruthberg, CA Bar. No. 86742 (pro hac vice)<br>Robert W. Perrin, CA Bar No. 194485 (pro hac vice)<br>Melanie M. Blunschi, CA Bar. No. 234264 (pro hac vice)<br>355 South Grand Avenue<br>Los Angeles, California 90071-1560<br>Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763 |
| Special Litigation Counsel for USACM Liquidating Trust | MORRIS PETERSON<br>Steven Morris, NV Bar No. 1543<br>Rosa Solis-Rainey, NV Bar No. 7921<br>900 Bank of America Plaza<br>300 South Fourth Street<br>Las Vegas, Nevada 89101<br>Telephone: (702) 474-9400<br>Facsimile: (702) 474-9422 |
| LEWIS AND ROCA LLP<br>Rob Charles, NV 6593<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169-5996<br>(702) 949-8321 (telephone)<br>(702) 949-8320 (facsimile) | |
| | Attorneys for Deloitte & Touche LLP |
| Counsel for USACM Liquidating Trust | |

## ORDER

1. The Trust's brief and points and authorities in opposition to D&T's Motion to Exclude shall be due on July 1, 2010.

2. D&T's reply brief and points and authorities in support of D&T's Motion to Exclude will be due on July 22, 2010.

IT IS SO ORDERED.

Dated: June 15, 2010

By: _/s/ Philip M. Pro_
The Honorable Philip M. Pro

UNOPPOSED MOTION FOR ADMINISTRATIVE LEAVE TO ALTER SCHEDULE FOR MOTION BRIEFING

PAGE 3